DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDITH A. KELSON,**
Appellant,

v.

**EARLINE REESE PETERSON, CLARIS FLORETTA PETERSON** and
**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
Appellees.

No. 4D18-116

[June 28, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Raag Singhal, Judge; L.T. Case No. CACE10-024782 (21).

Ron Renzy of Wallberg & Renzy, P.A., Coral Springs, for appellant.

Warren B. Kwavnick and Michael B. Greenberg of Cooney Trybus Kwavnick Peets, Fort Lauderdale, for appellee State Farm Mutual Automobile Insurance Company.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CIKLIN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***